041335/01245/TPD

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

TOM TUDUJ, #M-05570,

        Plaintiff,

v.

STEVEN NEWBOLD, et al.,

        Defendants.

No. 15-CV-01294-NJR-DGW

## ANSWER TO FIRST AMENDED COMPLAINT

COMES NOW Defendant, CRAIG ASSELMEIER, DMD, by and through his attorneys CASSIDAY SCHADE LLP, and for his Answer to plaintiff, TOM TUDUJ, #M-05570's First Amended Complaint [Doc. 16], states as follows:

## ALLEGATIONS COMMON TO ALL COUNTS

1. Defendant admits that Plaintiff is incarcerated at Menard Correctional Center (Menard), and Illinois Department of Corrections (IDOC) facility. Except as expressly admitted herein, Defendant denies the remainder of the statement in this paragraph.

2. As the statements made in this paragraph are not directed towards this Defendant, no response is required or made. In the event the statements made in this paragraph are construed as against this Defendant they are denied.

3. As the statements made in this paragraph are not directed towards this Defendant, no response is required or made. In the event the statements made in this paragraph are construed as against this Defendant they are denied.

4. Defendant admits that he is a dentist employed by Wexford Health Sources at

Menard. The remainder of the statements made in this paragraph are legal conclusions to which no answer is required or made. To the extent any response is necessary, this Defendant denies the remaining statement made in this paragraph .

5. As the statements made in this paragraph are not directed towards this Defendant, no response is required or made. In the event the statements made in this paragraph are construed as against this Defendant they are denied.

6. As the statements made in this paragraph are not directed towards this Defendant, no response is required or made. In the event the statements made in this paragraph are construed as against this Defendant they are denied.

7. The statements made in this paragraph are legal conclusions to which no response is required or made. To the extent any response is necessary, this Defendant denies the statements made in this paragraph.

8. As the statements made in this paragraph are not directed towards this Defendant, no response is required or made. In the event the statements made in this paragraph are construed as against this Defendant they are denied.

9. Defendant has insufficient information or knowledge as to where Plaintiff has been incarcerated since 2009 to formulate a response to the statement in this paragraph, and therefore denies the same.

10. Denied.

11. Defendant admits that Plaintiff has certain dental conditions, and has received certain dental care and treatment, all of which is more fully set forth in his IDOC dental records. Except as expressly admitted herein, Defendant denies the remaining statements contained in this paragraph.

12. Defendant admits that Plaintiff has certain dental conditions, and has received certain dental care and treatment, all of which is more fully set forth in his IDOC dental records. Except as expressly admitted herein, Defendant denies the remaining statements contained in this paragraph.

13. Defendant admits that Plaintiff has certain dental conditions, and has received certain dental care and treatment, all of which is more fully set forth in his IDOC dental records. Except as expressly admitted herein, Defendant denies the remaining statements contained in this paragraph.

14. As the allegations contained in this paragraph are not directed towards this Defendant no response is required or made. In the event the allegations contained in this paragraph are construed as against this Defendant they are denied.

15. As the allegations contained in this paragraph are not directed towards this Defendant no response is required or made. In the event the allegations contained in this paragraph are construed as against this Defendant they are denied.

16. As the allegations contained in this paragraph are not directed towards this Defendant no response is required or made. In the event the allegations contained in this paragraph are construed as against this Defendant they are denied.

17. Defendant admits that Plaintiff has certain dental conditions, and has received certain dental care and treatment, all of which is more fully set forth in his IDOC dental records. Except as expressly admitted herein, Defendant denies the remaining statements contained in this paragraph.

18. Defendant admits that Plaintiff has certain dental conditions, and has received certain

dental care and treatment, all of which is more fully set forth in his IDOC dental records. Except as expressly admitted herein, Defendant denies the remaining statements contained in this paragraph.

19. Defendant admits that Plaintiff has certain dental conditions, and has received certain dental care and treatment, all of which is more fully set forth in his IDOC dental records. Except as expressly admitted herein, Defendant denies the remaining statements contained in this paragraph.

## COUNT I

### Deliberate Indifference to a Serious Medical Need against Defendants Newbold, Henderson and Asselmeier

20. Defendant hereby repleads and incorporates by reference the allegations set forth in paragraphs 1 through 19 as if the same were herein fully set forth.

21. Defendant admits that Plaintiff has certain dental conditions, and has received certain dental care and treatment, all of which is more fully set forth in his IDOC dental records. Except as expressly admitted herein, Defendant denies the remaining statements contained in this paragraph.

22. Denied.

23. Defendant admits that Plaintiff has certain dental conditions, and has received certain dental care and treatment, all of which is more fully set forth in his IDOC dental records. Except as expressly admitted herein, Defendant denies the remaining statements contained in this paragraph.

24. The statements made in this paragraph are legal conclusions to which no response is required or made. To the extent any response is necessary, this Defendant denies the statements made in this paragraph.

Defendant denies that Plaintiff is entitled to the relief that he seeks.

## COUNT II
### Declaratory and Injunctive Relief Against Defendants Baldwin and Butler

25. Defendant hereby repleads and incorporates by reference the allegations set forth in paragraphs 1 through 24 as if the same were herein fully set forth.

26. – 32., including all subsections. As the allegations contained in these paragraphs, including all subparts, are not directed towards this Defendant no response is required or made. In the event the allegations contained in these paragraphs, including all subparts, are construed as against this Defendant, they are denied. Defendant denies that Plaintiff is entitled to the relief that he seeks.

## AFFIRMATIVE DEFENSES

1. At all times relevant herein, Defendant acted in good faith in the performance of his official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Thus, Defendant is protected from suit by the Doctrine of Qualified Immunity.

2. To the extent the Plaintiff has failed to exhaust his administrative remedies prior to the initiation of this cause of action, Plaintiff's claims are barred by the Prison Litigation Reform Act and other applicable statutes.

3. To the extent Plaintiff's claims are against Defendant in his official capacity, the claims are barred by the Eleventh Amendment.

WHEREFORE, having fully answered Plaintiff's First Amended Complaint [Doc 16] Defendant Craig Asselmeier, DMD respectfully requests to be dismissed with costs to Plaintiff and for such other and further relief as the Court deems just and proper.

        Respectfully submitted,

        CASSIDAY SCHADE LLP

        By:   /s/ Carla G. Tolbert
              Attorneys for Defendant Craig Asselmeier, DMD

Carla G. Tolbert
ARDC No. 6305104
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
ctolbert@cassiday.com

## CERTIFICATE OF SERVICE

    I hereby certify that on January 12, 2017, I electronically filed the foregoing Answer to First Amended Complaint with the Clerk of the Southern District of Illinois using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

John F. Cooney
Danna McKitrick, PC
7701 Forsyth Blvd., Suite 800
St. Louis, MO 63105
jcooney@dmfirm.com

Christine M. McClimans
Attorney General's Office
500 South Second Street
Springfield, IL 62706
cmcclimans@atg.state.il.us

                                                                    /s/ Carla G. Tolbert

8427395 CTOLBERT;CTOLBERT